

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**2/11/2015**                                                    **COA No. 12-13-00251-cr**
**BELL, REGINALD JEROME   Tr. Ct. No. 114-0674-13**      **PD-1293-14**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

REGINALD JEROME BELL
TDC# 1874576
COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TX  75884